Robert Calvin CRAIG, Jr.,
Petitioner–Appellant,

v.

Theodis BECK; Juanita Baker,
Respondents–Appellees.

No. 01–7330.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 29, 2003.

Decided Feb. 14, 2003.

Robert Calvin Craig, Jr., Appellant Pro Se.

Before LUTTIG and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Robert Calvin Craig, Jr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have independently reviewed the record from the federal habeas proceeding and are satisfied that Craig has failed to make the requisite "substantial showing" of the denial of a constitutional right. *See Craig v. Beck,* No. CA–01–219–3–MU (W.D.N.C. filed May 22, 2001; entered May 23, 2001). Accordingly, we deny a certificate of appealability, deny the motion for leave to proceed in forma pauperis, and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). The motion for instant correction, docketing, and structural error is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*